■ KWAN H. CHUNG, Appellant, v PHYSICIANS RECIPROCAL INSURERS, Respondent. (Appeal No. 2.) [635 NYS2d 555] —Order reversed on the law without costs and motion denied. Same Memorandum as in *Chung v Physicians Reciprocal Insurers* (221 AD2d 907 [decided herewith]).

All concur except Green, J. P., and Lawton, J., who dissent and vote to affirm for reasons stated in decision at Supreme Court, Galloway, J. (Appeal from Order of Supreme Court, Monroe County, Galloway, J.—Renewal.) Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ.